Dennis Lamar DeBRUCE

v.

Lolita A. DeBRUCE

2130793

Court of Civil Appeals of Alabama.

01/13/2015

Dismissed

Ismael ABUSALEEM

v.

BAMA CHICKEN, INC.

2130802

Court of Civil Appeals of Alabama.

01/16/2015

Reh. denied

C.J.

v.

COLBERT CTY. DEP'T
OF HUMAN RES.

2130810

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

JBJ CONSTR., LLC, and
James N. Carroll

v.

TUCKER UTILS., INC., and SMW
Eng'g Grp., Inc., f/k/a The
Sommerville Grp., Inc.

2130825

Court of Civil Appeals of Alabama.

01/09/2015

Reh. denied

Charles MCELVEEN

v.

Frank A. MORALES and Family
Servs. Ctr., Inc.

2130826

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed